1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JOHN L. McCARTY,                              CASE NO. CV F 06-0526 OWW LJO

12                    Plaintiff,          **ORDER TO ADOPT FINDINGS AND
                                          RECOMMENDATIONS TO DISMISS ACTION**

13        vs.

14 ROBERT M. GRGURIC,

15                    Defendant.
   _____/

16

17                              **INTRODUCTION**

18        Plaintiff John L. McCarty ("plaintiff") proceeds pro se and in forma pauperis and on May 2,

19 2006, filed his original complaint against Florida attorney Robert M. Grguric ("Mr. Grguric") to attempt

20 to allege state law tort claims, including legal malpractice.  The magistrate judge issued his May 3, 2006

21 order to dismiss the original complaint on grounds that it: (1) failed to establish this Court's subject

22 matter jurisdiction and in personam jurisdiction over Mr. Grguric; (2) failed to allege a cognizable cause

23 of action against Mr. Grguric; (3) was susceptible to limitations defenses; and (4) appeared designed to

24 vex Mr. Grguric.

25        In response to the order to dismiss, plaintiff filed on May 12, 2006 his "First Amended

26 Complaint: Seeking Relief From Voidable Judgment & Orders Procured with Abuse of Process,

27 Extrinsic Fraud, Absence of Jurisdiction of the Subject Matter or Over the Plaintiff" ("amended

28 complaint").  The amended complaint names Mr. Grguric as the sole defendant.  The amended complaint

1

1  alleges plaintiff's income was wrongfully taken from him in Florida marital dissolution proceedings and

2  takes issue with Florida court orders.

3      The magistrate judge issued his May 16, 2006 findings and recommendations to dismiss this

4  action without prejudice on grounds that: (1) the amended complaint fails to establish this Court's

5  subject matter jurisdiction and in personam jurisdiction over Mr. Grguric; (2) the amended complaint

6  fails to state a claim upon which relief may be granted; (3) a further attempt at amendment is

7  unwarranted based on jurisdictional defects, available defenses, and the amended complaint's

8  deficiencies; and (4) the amended complaint lacks good faith and exhibits plaintiff's intent to vex Mr.

9  Grguric.

10     Plaintiff filed no timely objections to the findings and recommendations.

11                          **CONCLUSION AND ORDER**

12     Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  After

13  evaluating the record, this Court finds the magistrate judge's findings and recommendations are

14  supported by the record and proper analysis.

15     Accordingly, this Court:

16     1.   ADOPTS in full the magistrate judge's May 16, 2006 findings and recommendations;

17     2.   DISMISSES this action without prejudice on grounds that: (1) the amended complaint

18          fails to establish this Court's subject matter jurisdiction and in personam jurisdiction

19          over Mr. Grguric; (2) the amended complaint fails to state a claim upon which relief may

20          be granted; (3) a further attempt at amendment is unwarranted based on jurisdictional

21          defects, available defenses, and the amended complaint's deficiencies; and (4) the

22          amended complaint lacks good faith and exhibits plaintiff's intent to vex Mr. Grguric;

23          and

24     3.   DIRECTS this Court's clerk to close this action.

25  IT IS SO ORDERED.

26  **Dated:   June 1, 2006**                        **/s/ Oliver W. Wanger**
    emm0d6                                    UNITED STATES DISTRICT JUDGE

27

28

                                    2